

United States District Court
Southern District of Texas
FILED

OCT 2 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Adan R. Garza and Guadalupe Garza; Manuel C. Hernandez and Ninfa T. Hernandez | § § § § | Case No. B-01-179 |
| Plaintiffs | § § § | |
| v. | § § | |
| Able Supply Co. Defendants. | § § § | |

| | | |
|---|---|---|
| IN RE: FEDERAL-MOGUL GLOBAL, INC. Debtor | § § § § § § | Case No. 01-10578 Chapter 11 (Pending in the United States Bankruptcy Court for the District of Delaware) |

PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), and subject to their motion for remand for lack of subject matter jurisdiction, for mandatory abstention, or for discretionary abstention or equitable remand, to be filed shortly in this matter, and which will contend that no bankruptcy jurisdiction exists at all in this case, plaintiffs state that this is a non-core proceeding. Plaintiffs do not consent to the entry of final orders or judgment by a bankruptcy judge.

1

Respectfully submitted,

**WATERS & KRAUS, LLP**

_____
Charles S. Siegel
State Bar No. 18341875
Peter A. Kraus
State Bar No. 18341875
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 fax

Frank Costilla
State Bar No. 04856500
The Law Offices of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Statement Pursuant to Bankruptcy Rule 9027 was served on all counsel of record on this 27th day of October, 2001.

_____
Charles S. Siegel

2

Frank Harmon
Crain Caton & James
3300 Two Houston Center
909 Fannin, 33rd Floor
Houston, Texas 77010
Crown, Cork & Seal

Phillip S. Brown
Wilson Elser Moskowitz Edelman & Dicker
5000 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
National Steel Corp.- B&R

Robert Wilkinson
Dogan & Wilkinson PLLC
734 Delmas Avenue, P.O. Box 1618
Pascagoula, MS 39568-1618
Guard-Line

Sharla Frost
Powers & Frost
2600 Two Houston Center
909 Fannin
Houston, Texas 77010
CCR, Pittsburgh-Corning

James Riley
Coats Rose Yale Ryman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002-6707
Foster Wheeler

Kenneth Rhodes
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056
ACandS, Inc

Mary Lou Mauro
Galloway Johnson Tompkns & Burr
3555 Timmons, Suite 1225
Houston, Texas 77027
Combustion Engineering

Lisa A. Powell
Jackson Walker
1100 Louisiana, Suite 4200
Houston, Texas 77002
Able Supply Co.

Mel Bailey
Bailey Crowe & Kugler LLP
4600 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
GP, USM

Lewis C. Miltenberger
Corday Goodrich & Miltenberger
108 W. 8th Street, One Century Plaza, Suite 500
Fort Worth, Texas 76102
Harbison-Walker, A.P. Green, Global, Indresco

Todd Wade
Brown McCarroll & Oaks Harline
1300 Wortham Tower
2727 Allen Parkway
Houston, Texas 77019-2100
Kelly-Moore Paint Co.

David Taylor
Thompson Coe Cousins & Irons L.L.P.
200 Crescent Court, 11th Floor
Dallas, TX 75201-1853
3M

David Fisher
Fairchild Price Thomas Haley & Willingham
PO Drawer 1719
Center, Texas 75935
J.T. Thorpe

John Hall
Locke Liddell & Sapp LLP
3400 Chase Tower
600 Travis
Houston, Texas 77002
Metropolitan Life Insurance Co.

Melissa Ferrell
Segal McCambridge Singer & Mahoney
400 West 15th Street
Suite 700
Austin, Tx 78701
GARLOCK

Mitchell Chaney
Rodriguez Colvin & Chaney LLP
P.O. Box 2155
Brownsville, Texas 78522
Garlock

Shelby A. Jordan
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Garlock

Laurel A. Siegert
Whittenburg Whittenburg & Schachter PC
2300 Plaza of the Americas
600 North Pearl, LB 133
Dallas, Texas 75201
Garlock

James R. Old, Jr.
Germer Bernsen & Gertz LLP
805 Park Street
Beaumont, Texas 77701
Garlock

Ed Peticolas
Peticolas, Shapleigh, Brandeis, and Kerns
701 North Saint Vrain
El Paso, Texas 79902