United States District Court
Southern District of Texas
FILED

OCT 3 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Adan R. Garza and Guadalupe Garza; Manuel C. Hernandez and Ninfa T. Hernandez § § § § Plaintiffs § § v. § § Able Supply Co. § Defendants. § | § § § § § § § § § § § | Case No. B-01-179 |

| | | |
|---|---|---|
| IN RE: FEDERAL-MOGUL GLOBAL, INC. Debtor | § § § § § § | Case No. 01-10578 Chapter 11 (Pending in the United States Bankruptcy Court for the District of Delaware) |

PLAINTIFFS' MOTION FOR EXPEDITED HEARING
ON THEIR MOTION FOR REMAND FOR
LACK OF SUBJECT MATTER JURISDICTION, FOR MANDATORY
ABSTENTION, OR FOR DISCRETIONARY ABSTENTION
OR EQUITABLE REMAND

This case was removed on October 19, 2001. The present removal is a transparent attempt to delay this trial. To compound the delay, defendant has asked for transfer to the District of Delaware.

As detailed in full in plaintiffs' response to the transfer motions, this Court must address plaintiffs' motion for remand first and determine the threshold challenge to federal jurisdiction. Plaintiffs thus respectfully request an expedited hearing on their motion for remand for lack of subject matter jurisdiction, for mandatory abstention, or for

1

discretionary abstention or equitable remand so that this case may be returned to the state court to allow plaintiff his day in court before he dies.

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully pray that their motion for remand, motion for lack of subject matter jurisdiction, for mandatory abstention, or for discretionary abstention or equitable remand be heard as soon as possible.

Respectfully submitted,

WATERS & KRAUS

_____
Charles S. Siegel
State Bar No. 18341875
Attorney In Charge
Federal I.D. 15736
3219 McKinney Avenue
Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 facsimile

Frank Costilla
State Bar No. 04856500
The Law Offices of Frank Costilla
5 East Elizabeth
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 fax

Henry Simon
Simon, Warner & Doby, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102
(817) 810-5250
(817) 810-5255 facsimile

2

## CERTIFICATE OF CONFERENCE

On October 24, 2001 I spoke to Melissa Ferrell, counsel for Garlock, Inc., the removing defendant in this case, and she stated that Garlock, Inc. is opposed to this motion. Garlock did not state any specific reason for its opposition to this motion.

_____
Charles S. Siegel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on all counsel of record via U.S. mail (see attached list) on this the 30 day of October, 2001.

_____
Charles S. Siegel

3

Frank Harmon
Crain Caton & James
3300 Two Houston Center
909 Fannin, 33rd Floor
Houston, Texas 77010
Crown, Cork & Seal

Phillip S. Brown
Wilson Elser Moskowitz Edelman & Dicker
5000 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
National Steel Corp.- B&R

Robert Wilkinson
Dogan & Wilkinson PLLC
734 Delmas Avenue, P.O. Box 1618
Pascagoula, MS 39568-1618
Guard-Line

Sharla Frost
Powers & Frost
2600 Two Houston Center
909 Fannin
Houston, Texas 77010
CCR, Pittsburgh-Corning

James Riley
Coats Rose Yale Ryman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002-6707
Foster Wheeler

Kenneth Rhodes
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056
ACandS, Inc

Mary Lou Mauro
Galloway Johnson Tompkns & Burr
3555 Timmons, Suite 1225
Houston, Texas 77027
Combustion Engineering

Lisa A. Powell
Jackson Walker
1100 Louisiana, Suite 4200
Houston, Texas 77002
Able Supply Co.

Mel Bailey
Bailey Crowe & Kugler LLP
4600 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
GP, USM

Lewis C. Miltenberger
Corday Goodrich & Miltenberger
108 W. 8th Street, One Century Plaza, Suite 500
Fort Worth, Texas 76102
Harbison-Walker, A.P. Green, Global, Indresco

Todd Wade
Brown McCarroll & Oaks Harline
1300 Wortham Tower
2727 Allen Parkway
Houston, Texas 77019-2100
Kelly-Moore Paint Co.

David Taylor
Thompson Coe Cousins & Irons L.L.P.
200 Crescent Court, 11th Floor
Dallas, TX 75201-1853
3M

David Fisher
Fairchild Price Thomas Haley & Willingham
PO Drawer 1719
Center, Texas 75935
J.T. Thorpe

John Hall
Locke Liddell & Sapp LLP
3400 Chase Tower
600 Travis
Houston, Texas 77002
Metropolitan Life Insurance Co.

4

Gary Elliston
DeHay & Elliston L.L.P.
3500 Bank Of America Plaza
901 Main Street
Dallas, Texas 75202-3736
Center for Claims Resolution

Frank Poff
Crisp Jordan & Boyd
2301 Moores Lane
Texarkana, TX 75505-6297
Grefco

James Harris
Harris Lively & Duesler
550 Fannin, Suite 650
PO Box 830
Beaumont, Texas 77704
Flintkote

Wade Whilden, Jr.
Hicks Thomas & Lilienstern
700 Louisiana
Suite 1700
Houston, Texas 77002
Kaiser Aluminum & Chem Corp.

Kyle C. Steele
Foreman Perry Watkins Krutz & Tardy PLLC
1349 Empire Central
Woodview Office
Suite 400
Dallas, Texas 75247
Gasket Holding

James Powers
Powers & Frost
2600 Two Houston Center
909 Fannin
Houston, Texas 77010
CCR, Pittsburgh-Corning

Gail Jenkins
Jenkins Grove & Marton
2615 Calder, Suite 500
Beaumont, TX 77720-6008
Kaiser, Fina Oil & Chemical Co.

D. Ferguson McNeil
Vinson & Elkins
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760
NARCO

William C. Arnold
Forman Perry Watkins Krutz & Tardy PLLC
400 Woodview Office Tower
1349 Empire Central
Dallas, Texas 75247
Uniroyal Holdings, INC

Clay White
Sammons & Parker
218 N. College Street
Tyler, Texas 75702
Aqua-Chem; Congoleum

Laura Frase
Foreman Perry Watkins Krutz & Tardy PLLC
1349 Empire Central
Woodview Office
Suite 400
Dallas, Texas 75247
Ingersoll-Rand Company

Teri L. Danish
Rodriguez Colvin & Chaney LLP
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78520
Garlock