IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Adan R. Garza and Guadalupe Garza; Manuel C. Hernandez and Ninfa T. Hernandez | § § § | Case No. B-01-179 |
| Plaintiffs | § § | |
| v. | § § | |
| Able Supply Co. Defendants. | § § | |

| | | |
|---|---|---|
| IN RE: FEDERAL-MOGUL GLOBAL, INC. Debtor | § § § § § § | Case No. 01-10578 Chapter 11 (Pending in the United States Bankruptcy Court for the District of Delaware) |

### NOTICE OF DISMISSAL WITH PREJUDICE

Come now plaintiffs in the above action and, pursuant to FED. R. CIV. PROC. 41(a) file this notice of voluntary dismissal with prejudice of any and all claims as to Gasket Holdings, Inc., individually and as successor-in-interest to Flexitallic Gasket Company.

This notice specifically applies to claims asserted in this lawsuit, and to any and all claims that could have been asserted in Gasket Holdings, Inc., individually and as successor-in-interest to Flexitallic Gasket Company's reorganization proceedings.

As reflected in the certificate of conference below, counsel does not oppose this dismissal, and specifically waives any possible application of the automatic stay provided under 11 U.S.C. § 362, so as to allow plaintiffs to effect this dismissal.

1

Respectfully submitted,
WATERS & KRAUS, LLP

_____
Charles S. Siegel
Attorney in Charge
Federal Bar No. 15736
State Bar No. 18341875
Peter A. Kraus
State Bar No. 11712980
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Fax

Frank Costilla
The Law Offices of Frank Costilla
State Bar No. 04856500
5 East Elizabeth
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 Fax

Henry Simon
Simon, Warner & Doby, LLP
State Bar No. 18394000
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102
(817) 810-5250
(817) 810-5255 Fax

## CERTIFICATE OF CONFERENCE

On October 24, 2001, I spoke with Paul Hanley, counsel for the debtor Federal Mogul, Corp., and he stated that Federal Mogul, Corp. is not opposed to this dismissal and waives any possible application of the automatic stay provided under 11 U.S.C. § 362 in this regard.

_____
Charles S. Siegel

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, this document was served on counsel for the removing defendant, Garlock, Inc., via U.S. mail. It is being served the same day, or, due to the volume of copying necessitated by over 80 motions for remand and multiple related pleadings, as soon thereafter as possible, on counsel for all other defendants, by U.S. Mail.

_____
Charles S. Siegel