/S

United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 0 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Adan R. Garza and Guadalupe Garza;<br>Manuel C. Hernandez and Ninfa T.<br>Hernandez | §<br>§<br>§<br>§ | Case No. B-01-179 |
| Plaintiffs | §<br>§<br>§ | |
| v. | §<br>§ | |
| Able Supply Co.<br>Defendants. | §<br>§<br>§ | |

| | | |
|---|---|---|
| IN RE:<br>FEDERAL-MOGUL GLOBAL, INC.<br>Debtor | §<br>§<br>§<br>§<br>§ | Case No. 01-10578<br>Chapter 11<br>(Pending in the United States<br>Bankruptcy Court for the<br>District of Delaware) |

## PLAINTIFFS' CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Plaintiff hereby files this certificate of interested persons and states that it is currently aware of the

following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or

other entities that are financially interested in the outcome of this litigation.

1.      Plaintiffs in the above styled case;

2.      Garlock, Inc.; and

3.      All other non-bankrupt defendants remaining in the case.

Plaintiff is unaware of any other financially interested persons at this time.

1

Respectfully submitted,

**WATERS & KRAUS**

Charles S. Siegel
Attorney-in-Charge
State Bar No. 18341875
Federal ID No. 15736
3219 McKinney Avenue, Suite 3000
Dallas, Texas  75204
(214) 357-6244
(214) 871-2263 facsimile

Frank Costilla
State Bar No. 04856500
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas  78520
(956)541-4982

Henry Simon
Simon, Warner & Doby, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas  76102
(817)  810-5250
(817)  810-5255 facsimile

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2001, this document was served on counsel for the

removing defendant, Garlock, Inc., via U.S. mail. It is being served the same day, or, due to the

volume of copying necessitated by over 80 motions for remand and multiple related pleadings, as

soon thereafter as possible, on counsel for all other defendants, by U.S. Mail.

Charles S. Siegel

2