United States District Court
Southern District of Texas
FILED

NOV 0 9 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |
| ADAN R. GARZA and GUADALUPE GARZA; MANUEL C. HERNANDEZ and NINFA T. HERNANDEZ PLAINTIFFS, | § § § § § | |
| VS. | § | C.A. B-01-179 |
| ABLE SUPPLY COMPANY, ET AL. DEFENDANTS, | § § § § | |

### SUPPLEMENT TO APPLICATION AND NOTICE OF REMOVAL FILED BY DEFENDANT GARLOCK INC TO ADD ADDITIONAL STATE COURT PLEADINGS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now Comes GARLOCK INC the Removing Defendant and one of the Co-Defendants in the case being removed (herein "GARLOCK"), and files this Supplement to its Application and Notice of Removal as follows:

1. On October 19, 2001 Garlock filed its Application and Notice of Removal and indicated it would promptly, and, from time to time, supplement the removal with all

Page 1

such pleadings or other matters which may not have been reasonably available at the time of removal.

2. Pursuant to Local Rule 81, attached hereto is an index of the matters being filed and photocopies of additional state court pleadings which were not available at the time of removal.

WHEREFORE, PREMISES CONSIDERED, GARLOCK INC prays that this Supplement be made a part of the Application in this Removed Case and be docketed pursuant to 28 U.S.C. §§ 157(b)(5), 1441, 1452(a), and Rule 9027, Rules of Bankruptcy Procedure and the Local Rules and that this Court assume jurisdiction of this case for the purposes of 28 U.S.C. § 157(B)(5), and that Removing Defendant have such other and further relief, at law or in equity to which it may show itself to be justly entitled.

Respectfully submitted,

*[signature: Teri L. Danish]*

Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEY IN CHARGE FOR GARLOCK INC

*[signature: Shelby A. Jordan (w/perm.)]*

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

Page 3

## CERTIFICATE OF CONFERENCE

    I, Teri L. Danish, hereby certify that on November 2, 2001, Melissa Ferrell, one of the counsel for Garlock Inc, telephoned Charles Siegel, counsel for the Plaintiffs, and Mr. Siegel, on behalf of all of the Plaintiffs, indicated that he will not oppose the relief requested by Garlock Inc herein. Accordingly, a hearing will not be necessary.

                                                                          Teri L. Danish

## **CERTIFICATE OF SERVICE**

I, Teri L. Danish, hereby certify that a true and correct copy of the Supplement to Application and Notice of Removal Filed by Garock Inc, without exhibits, was served by First Class Mail and facsimile to Plaintiffs' Counsel and via First Class Mail on all counsel of record as listed on the attached service list this ___9th___ day of November, 2001

*Teri L. Danish*

Teri L. Danish

# GARZA SERVICE LIST

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P. 1100 Louisiana, Suite 4200 Houston, Texas 77002 | 713-752-4200 | 713-452-4221 |
| Ken Rhodes | AC&S, INC. | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-980-9153 |
| Clay M. White | AQUA CHEM, INC. (D/B/A CLEAVER-BROOKS DIVISION) | Sammons & Parker, A Professional Corporation 218 North College Tyler, Texas 75702 | 903-595-4541 | 903-595-3766 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES (F/K/A A.P. GREEN REFRACTORIES COMPANY, A SUBSIDIARY OF U.S. GYPSUM COMPANY) | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Phillip Brown | BROWN & ROOT, INC. (INDIVIDUALLY AND AS SUCCESSOR TO BROWN & ROOT USA, INC.) | Wilson, Elser, Moskowitz, Edelman & Dicker 5000 Renaissance Tower 1201 Elm Street Dallas, Texas 75270 | 214-698-8000 | 214-698-1101 |
| Mary Lou Mauro | COMBUSTION ENGINEERING, INC | Galloway, Johnson, Tompkins & Burr 3555 Timmons, Suite 1225 Houston, Texas 77027 | 713-599-0700 | 713-355-7600 |
| Frank G. Harmon | CROWN CORK & SEAL (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK COMPANY( | Crain Caton & James 3300 Two Houston Center 909 Fannin, 33rd Floor Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |
| Sharla Frost | DANA CORPORATION | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| James Harris | THE FLINTOKE COMPANY | Harris, Lively & Duesler 550 Fannin Street, Suite 650 P.O. Box 830 Beaumont, Texas 77704-0830 | 409-832-8382 | 409-833-4240 |
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC 800 First City Tower 1001 Fannin Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Eduardo Rodriguez Mitchell C. Chaney Teri L. Danish | GARLOCK INC. | Rodriguez, Colvin & Chaney, L.L.P 1201 E. Van Buren P.O Box 2155 Brownsville, Texas 78522 | 956-542-7441 | 956-541-2170 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Kyle Steele | GASKET HOLDING INC. (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET COMPANY) | Forman Perry Watkins Krutz & Tardy, PLLC 400 Woodview Tower 1349 Empire Central Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |
| Mel Bailey | GEORGIA-PACIFIC CORPORATION (INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO BESTWALL GYPSUM COMPANY) | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-749-5620 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P. 2301 Moores Lane P.O. Box 6297 Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Lewis Miltenberger | HARBISON-WALKER REFRACTORIES (FORMERLY A DIVISION OF INDRESCO INC.) | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Laura Frase | INGERSOL-RAND COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC 400 Woodview Tower 1349 Empire Central Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |
| Wade Whilden | KAISER ALUMINUN & CHEMICAL CORPORATION | Hicks, Thomas & Lilienstern 700 Louisiana, Suite 1700 Houston, Texas 77002 | 713-547-9100 | 713-547-9150 |
| Todd Wade | KELLY MOORE PAINT COMPANY | Brown McCarroll, L.L.P. 111 Congress Avenue Suite 1400 Austin, TX 78701-4043 | 512-472-5456 | 512-479-1155 |
| John Hall | METROPOLITAN LIFE INSURANCE COMPANY | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| David Taylor | MINNESOTA MINING & MANUFACTURING COMPANY "3M" | Thompson, Coe, Cousins, & Irons L.L.P 200 Crescent Court, 11th Floor Dallas, Texas 75201-1853 | 214-871-8200 | 214-871-8209 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-615-5493 |
| Gail Jenkins | PROKO INDUSTRIES, INC. | Jenkins, Grove & Martin 2615 Calder Street, Suite 500 P.O. Box 26008 Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

---

| | | |
|---|---|---|
| ADAN R. GARZA and GUADALUPE GARZA; MANUEL C. HERNANDEZ and NINFA T. HERNANDEZ    PLAINTIFFS, | § § § § | |
| VS. | § | C.A. B-01-179 |
| ABLE SUPPLY COMPANY, ET AL.    DEFENDANTS | § § § § | |

## INDEX OF DEFENDANT'S PLEADINGS

1. A.P. GREEN INDUSTRIES, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

2. ABLE SUPPLY COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

3. AC&S, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

4. ARMSTRONG WORLD INDUSTRIES, INC., AND DANA CORP.

5. ASBESTOS CLAIMS MANAGEMENT CORPORATION F/K/A NATIONAL GYPSUM COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

6. BROWN & ROOT, INC. N/K/A KELLOGG-BROWN & ROOT, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

7. COMBUSTION ENGINEERING, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

8. CROWN CORK & SEAL COMPANY'S INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

9. FIBREBOARD CORPORATION'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

10. THE FLINTOKE COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

11. GAF CORPORATION'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

12. GASKET HOLDINGS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

13. GEORGIA PACIFIC CORPORATION'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

14. GUARD-LINE, INC'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

15. HARBISON WALKER REFRACTORIES COMPANY 'S FORMERLT A DIVISION OF INDRESCO INC., ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

16. INGERSOLL-RAND INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

17. J.T. THORPE COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

18. KAISER ALUMINUM & CHEMICAL CORPORATION'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

19. KELLY MOORE PAINT COMPANY, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

20. MINNESOTA MINING AND MANUFACTURING COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

21. NORTH AMERICAN REFRACTORIES COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

22. PROKO INDUSTRIES, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

23. RAPID AMERICAN CORPORATION'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

24. RILEY STOKER CORPORATION'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

25. TRIPLEX INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

26. UNIROYAL HOLDING, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

27. UNITED STATES MINERAL PRODUCTS COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

28. W.R. GRACE & CO.-CONN'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Page 3

Page 3