*18*



United States District Court
Southern District of Texas
FILED

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

**NOV 0 9 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

-------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ADAN R. GARZA and GUADALUPE | § | |
| GARZA; MANUEL C. HERNANDEZ | § | |
| and NINFA T. HERNANDEZ | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-179 |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY, ET AL. | § | |
| DEFENDANTS, | § | |

## DEFENDANT GARLOCK INC'S MOTION TO WITHDRAW REPLY TO PLAINTIFFS' MOTION TO SEVER TO CORRECT CLERICAL ERRORS

Defendant Garlock Inc ("Garlock") moves the Court to withdraw its previously filed reply to plaintiffs' motion to sever to correct clerical errors contained in the reply. Filed concurrently herewith is Garlock's revised reply to plaintiffs' motion to sever. The revised reply does not contain additional substantive arguments; rather, the amended reply merely corrects clerical errors contained in the original reply.

Consequently, Garlock respectfully requests that the Court grant its motion to withdraw its reply to plaintiffs' motion to sever, and permit Garlock to file the revised reply in its place.

Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEYS FOR GARLOCK INC

## <u>CERTIFICATE OF CONFERENCE</u>

I, Teri L. Danish, hereby certify that on November 9, 2001, Garlock's counsel contacted telephoned Charles Siegel, counsel for the Plaintiffs, and Mr. Siegel, on behalf of all of the Plaintiffs, indicated that he will not oppose this motion. Accordingly, a hearing will not be necessary.

Teri L. Danish

## CERTIFICATE OF SERVICE

I, Teri L. Danish, hereby certify that a true and correct copy of foregoing document was served by First Class Mail, on all counsel of record as listed on the attached service list this 9th day of November, 2001:

Teri L. Danish

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| ADAN R. GARZA and GUADALUPE | § | |
| GARZA; MANUEL C. HERNANDEZ | § | |
| and NINFA T. HERNANDEZ | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-179 |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY, ET AL. | § | |
| DEFENDANTS | § | |

## ORDER DENYING PLAINTIFFS' MOTION TO SEVER
## ALL CLAIMS AGAINST BANKRUPT (SIC) DEFENDANTS

Came on this day to be considered the Plaintiffs' Motion to Sever All Claims Against Bankrupt Defendants. After careful consideration, the Court is of the opinion that the motion should be in all things **DENIED**, with the following order issuing. It is, therefore,

**ORDERED** that Plaintiffs' Motion to Sever All Claims Against Bankrupt Defendants is **DENIED.**

**SIGNED** this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE