United States District Court
Southern District of Texas
FILED

NOV 2 1 2001

Michael N. Milby
Clerk of Court

# WATERS & KRAUS, LLP

3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

---

200 Oceangate, Suite 520
Long Beach, California 90802
Telephone 562-436-8833
Telecopier 562-590-7296

---

10231 Warwick Blvd.
Newport News, Virginia 23601
Telephone 757-223-1275
Telecopier 757-223-1276

C. ANDREW WATERS*
PETER A. KRAUS**

Gayle M. Mortola
David C. Greenstone
Barry L. Bobbitt
B. Scott Kruka
Rhonda Sullivan Cleaves
Ashley Watkins McDowell
Troyce G. Wolf
F. Leighton Durham, III
Jeffrey B. Simon
Darren P. McDowell

*Licensed in Texas, California,
North Carolina, and District of
Columbia
**Licensed in Texas and Virginia

Of Counsel:
Charles A. Siegel
†Jonathan A. George
Charles E. Lance

‡Michael L. Armitage
Ron C. Eddins
Melissa A. Miles
Leslie C. MacLean
††George G. Tankard, III
‡‡Maryam Hosseini
Dana Casselli Fox
Tanja K. Martini
Michelle B. Norton
Nelda Talamantes

†Licensed in Virginia only
‡Licensed in California and
Louisiana
††Licensed in Maryland,
District of Columbia and Texas
‡‡Licensed in California only

PLEASE RESPOND TO THE DALLAS OFFICE

November 20, 2001

**VIA FEDERAL EXPRESS**

Ms. Stella Cavazos
Case Manager
Honorable Hilda G. Tagle
United States District Court,
Southern District of Texas
600 E. Harrison
Brownsville, Texas 78520

Re: Cause No. B-01-180; Archie Kowalik v. ACandS, Inc., et al; In the United States District Court for the Southern District of Texas; Brownsville Division;

Cause No. B-01-178; Valentin Ramirez, et al v. ACandS, Inc., et al; In the United States District Court for the Southern District of Texas; Brownsville Division;

Cause No. B-01-179; Adan Garza and Guadalupe Garza, et al vs. Able Supply Company, et al, In the United States District Court for the Southern District of Texas; Brownsville Division;

Cause No. B-01-181; Debbie Kulaw, Individually and as Personal Representative of the Heirs and Estate of LeVaughn Darnold v. Able Supply Company, et al, In the United States District Court for the Southern District of Texas; Brownsville Division.

Dear Ms. Cavazos:

Yesterday, I received the Court's order in the above-referenced cases, instructing the parties to refrain from filing any additional documents until the plaintiffs' motion for remand had been decided. Before I received the order, however, I had sent the Court supplemental pleadings,