30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 15 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADAN R. GARZA, ET AL | § | |
| | § | |
| Plaintiffs | § | |
| | § | C.A. NO. B-01-179 |
| V. | § | |
| | § | |
| ABLE SUPPLY COMPANY, ET AL | § | |
| | § | |
| Defendants | § | |

### DEFENDANT, GUARD-LINE, INC.'S
### CERTIFICATE OF INTERESTED PERSONS

Defendant, Guard-Line, Inc., a Texas Corporation, files this its Certificate of Interested Persons as follows:

1. Guard-Line, Inc.;
2. Adan R. Garza
3. Guadalupe Garza;
4. Manuel Hernandez; and
5. Ninfa Hernandez.

Respectfully submitted,

DOGAN & WILKINSON, PLLC

BY: _____
BENJAMIN A. WHITE
State Bar No. 10150
Federal Bar No. 29991
William H. Farrell
Texas State Bar No. 00796531
Federal Bar No. 21733
P.O. Box 1618
Pascagoula, MS 39568-1618
(228)762-2272
(228)762-3223 -facsimile

ATTORNEYS FOR DEFENDANT
GUARD-LINE, INC.

# CERTIFICATE OF SERVICE

I certify that on February 13, 2002, a correct copy of Defendant Guard-Line, Inc.'s Initial Disclosure of Interested Parties was served on each party by delivery to the following attorneys of record in the manner indicated below:

## CERTIFIED MAIL RRR NO. 7000 0520 0016 7914 5892

Leslie MacLean
Waters & Kraus
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204

## First Class U.S. Mail

Ken Rhodes
Dunn Kacal Adams Pappas Law
2929 Allen Parkway, Sutie 2600
Houston, Texas 77019-2151

Kenneth Morris
Forman Perry Watkins Krutz & Tardy PC
400 Woodview Tower
1349 Empire Central
Dallas, Texas 75427

Lewis Miltenberger
Cordray Goodrich & Miltenberger
One Century Plaza
108 W. Eighth St., Ste 500
Ft. Worth, Texas 76102

Mitchell C. Chaney
Rodriguez Colvin & Chaney LLP
1201 East Van Buren Stret
Brownsville, Texas 78522

Mark Scudder
Strasburger & Price LLP
901 Main Street, Suite 4300
Dallas, Texas 75202

Mary Lou Mauro
Galloway Johnson Tompkins Burr
3555 Timmons, Suite 1225
Houston, Texas 77027

John C. Holmgreen
Gary, Thomasson, Hall & Marks
210 S. Carancahua, Suite 500
Corpus Christi, Texas 78403

Frank G. Harmon
Crain Caton & James
3300 Two Houston Center
909 Fannin Street, 33rd Floor
Houston, Texas 77010

James Harris
Harris Lively & Duesler
550 Fannin Street, Suite 650
Beaumont, Texas 777704

James M. Riley
Coats Rose Yale Ryman & Lee PC
800 First City Tower
1001 Fannin
Houston, Texas

Gary Elliston
Dehay & Elliston
NationsBank Plaza
901 Main Street, Suite 3500
Dallas, Texas 75202

Taylor M. Hicks
Hicks Thoams & Lilienstern
700 Louisiana , Suite 1700
Houston, Texas 77002

Kenneth S. Wall
Brown McCarrol & Oaks Hartline
2727 Allen Parkway, Ste. 1300
Houston, Texas 77019

John L. Hill
Lock Liddell
600 Travis St. Suite 3400
Houston, Texas 77019

Anthony Pletcher
Cordray Goodrich & Miltenberger
One Century Plaza
108 W. Eighth St., Ste 500
Ft. Worth, Texas 76102

D. Ferguson McNeil
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, Texas 77002

Peter Moir
Quilling Selander Cummiskey & Lownds PC
2001 Bryan Street, St 1800
Dallas, Texas 75201
Harlingen, Texas 78551

Susan Carstens
The Law Offices of Susan Carstens
1601 Westheimer
Houston, Texs 77006

Philip S. Brown
Wilson Elser Moskowitz Edelman & Dicker
5000 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Donald Godwin
Godwin White & Gruber
901 Main Street
Suite 2500
Dallas, Texas 75202

James H. Powers
Powers & Frost
2600 Two Houston Center
Houston, Texas 77010

Thomas Dougall
Bowers Orr & Dougall LLP
8910 Two Notch Road, St 400
Columbia, SC 29224

David Walsh
Brin & Brin, PC
1202 Third Street
Corpus Christi, TX 78404

Hubert A. Crouch
Crouch & Inabnett
2300 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202

Patricia Kelly
Adams & Graham LLP
222 East Van Buren, West Tower
P.O. Drawer 1429

Lisa Powell
Jackson Walker LLP
1100 Louisiana, Suite 4200
Houston, Texas 77002

Tori Levine
Brown McCarrol & Oaks Hartline
2727 Allen Parkway, Ste. 1300
Houston, Texas 77019

W. Miller Thomas
Fairchild, Price, Thomas Haley & Willingham
413 Shelbyville Street
Center, Texas 75935

Alex J. Gomez
Andrews & Kurth LLP
600 Travis Suite 4200
Houston, Texas 77019

_____
BENJAMIN A. WHITE