3

United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

---

| | | |
|---|---|---|
| Adan Garza, et al., | § | |
|       PLAINTIFFS, | § | C.A. B-01-179 |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| Able Supply Co, et al. | § | |
|       DEFENDANTS, | § | |

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL

Garlock Inc, Appellant, pursuant to Rule 6 F.R.A.P. hereby files this Designation of Items to be Included in the Record, relating to the Notice of Appeal filed by Garlock on February 27, 2002, regarding the Order of Remand entered on February 22, 2002.

Garlock designates the entire record.

Respectfully submitted,

Mitchell C. Chaney
SB# 04107500
Fed ID #1918
Teri L. Danish
SB# 05375320
Fed. ID # 12862
***Rodriguez, Colvin & Chaney, LLP***
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEY IN CHARGE FOR GARLOCK INC

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616

Of counsel:
*Pepper Hamilton LP*
Michael H. Reed
Anne Marie Schwab
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4016
Telecopier: (215) 981-4750
ATTORNEYS FOR GARLOCK INC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing document was served by Federal Express on March 5th, 2002 on Charles Siegel, counsel for Plaintiffs and by First Class Mail on March 6th, 2002 on all counsel of record as listed on the attached service list.

Teri L. Danish

Page 2