```
----------------
   No. 02-40398
----------------
```

ADAN R GARZA; GUADALUPE GARZA; MANUEL C HERNANDEZ; NINFA T HERNANDEZ

        Plaintiffs - Appellees

v.

ABLE SUPPLY COMPANY; ET AL

        Defendants

GARLOCK INC

        Defendant - Appellant

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 6th day of May, 2002, see FED. R. APP. P. 42(b).

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By:
        Tabitha Casimier Tobias, Deputy Clerk

        FOR THE COURT - BY DIRECTION

*United States District Court, Southern District of Texas, FILED MAY 2 2 2002, Michael N. Milby, Clerk of Court*

*U.S. COURT OF APPEALS FILED MAY 6 2002, CHARLES R. FULBRUGE III, CLERK*

*CAB-01-179*

*Clerk, U.S. Court of Appeals, Fifth Circuit, By Deputy, New Orleans, Louisiana 5/6/02*